# United States Bankruptcy Court
### Southern District of New York

In re   **63 Market Lessee LLC**                                    Case No.   **25-11940**
                          Debtor(s)                                 Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September 8, 2025**              **/s/ Marcel Reichart**
                                            **Marcel Reichart**/**Chief Executive Officer**
                                            Signer/Title

.

FIVE OCEANS CAPITAL