# United States Bankruptcy Court
## Southern District of New York

In re  **63 Market Lessee LLC**                                  Case No.  **25-11940**
                           Debtor(s)                              Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **63 Market Lessee LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**The NH Holdings Trust**

☐ None [*Check if applicable*]


**September  8, 2025**                                **/s/ Todd E. Duffy**
Date                                                  **Todd E. Duffy**
                                                      Signature of Attorney or Litigant
                                                      Counsel for  **63 Market Lessee LLC**
                                                      **DuffyAmedeo LLP**
                                                      **132 West 31st Street**
                                                      **9th Floor**
                                                      **New York, NY 10001**
                                                      **(212) 729-5832**
                                                      **tduffy@duffyamedeo.com**